**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6115**

─────────────

GEORGE TYRONE EDMOND,

                                Petitioner - Appellant,

        versus

RONALD J. ANGELONE,

                                Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-99-1484-AM)

─────────────

Submitted:  July 27, 2000            Decided:  August 2, 2000

─────────────

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

George Tyrone Edmond, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Tyrone Edmond seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Edmond v. Angelone, No. CA-99-1484-AM (E.D. Va. Dec. 20, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2